UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 13-cr-00183-01 |
|---|---|---|
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| GARNETTE L. THOMAS | * | MAG. JUDGE HANNA |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Garnette Thomas, and adjudges her guilty of the offenses charged in **Count 1** of the bill of information against her.

THUS DONE AND SIGNED in chambers, this _27th_ day of _October_ 2013 in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE